Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Plaintiffs/Debtors

# United States Bankruptcy Court

### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>**Deborah Denise Reed and Paul Ervin Reed, Jr.**,<br><br>Debtors<br><br>**Deborah Denise Reed and Paul Ervin Reed, Jr.**,<br><br>Plaintiffs,<br><br>v.<br><br>**McNeil & Meyers Receivables Management Group, LLC,**<br><br>Defendants. | Case No. 24-44478-mxm13<br><br>Chapter 13<br><br><br><br>Adversary No. 25-04117-mxm |

### **PLAINTIFFS'/DEBTORS' WITNESS AND EXHIBIT LIST**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Deborah Denise Reed and Paul Ervin Reed ("Plaintiffs/Debtors"), in the above-captioned adversary case and files this Witness and Exhibit List for the Trial Docket Call set for February 26, 2026, at 9:00a.m. on the Plaintiffs'/Debtors' *Complaint to Determine Validity, Priority, or Extent of Lien* [Dkt. 1].

WITNESSES:

1. Deborah Denise Reed, Debtor/Plaintiff.

2. Paul Ervin Reed, Debtor/Plaintiff.

3. Any witness on any other parties' witness list.

EXHIBITS:

| EX. | DESCRIPTION | ADMITTED: Y / N |
|---|---|---|
| A. | Warranty Deed to the Property | |
| B. | Johnson County Property Tax Statement | |
| C. | McNeil's Proof of Claim #31 | |
| D. | Any exhibit listed on Defendant's exhibit list | |

The Plaintiffs/Debtors reserve the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

DATED: February 12, 2026.                    Respectfully submitted:

By: __/s/ Clayton L. Everett_____
        Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Plaintiffs/Debtors

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2026, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system, including the party below:

*Attorneys for Defendant:*

Malcolm Cisneros, A Law Corporation
Nathan F. Smith
Texas Bar No. 24094355
9330 LBJ Freeway, Suite 900
Dallas, TX 75243
(949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

                                                 By:  __/s/ Clayton L. Everett____