**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## Warranty Deed with Vendor's Lien

**Date:** March 3, 2021

**Grantor:** KENMARK HOMES, L.P., A TEXAS LIMITED PARTNERSHIP

**Grantee:** Deborah D. Reed and Paul E. Reed, wife and Husband

**Grantee's Mailing Address:** GF# 2025-329818 –𝓁𝓜

 120 Saddle Ridge
 Godley, TX 76044

**Consideration:**

Ten and No/100 dollars and a note of even date executed by Grantee and payable to the order of Waterstone Mortgage Corporation in the principal amount of THREE HUNDRED ONE THOUSAND ONE HUNDRED FIFTYand NO/100 DOLLARS ($301,150.00). The note is secured by a first and superior vendor's lien and superior title retained in this deed in favor of Waterstone Mortgage Corporation and by a first-lien deed of trust of even date from Grantee to Scott R. Valby, trustee.

**Property (including any improvements):**

Being Lot 3, in Block 1, of TIMBER CREEK ESTATES, an Addition to the City of Godley, Johnson County, Texas, according to the Plat thereof recorded in Volume 11, Page 684, Plat Records, Johnson County, Texas; together with Certificate of Correction recorded in cc#2019-21867, Real Property, Records, Johnson County, Texas.

**Reservations from Conveyance:**

As a further consideration for the execution and delivery of this deed there is excepted herefrom and reserved unto the Grantor herein, their heirs and assigns, all of the oil, gas and other minerals in, under or that may be produced from the herein described tract of land, owned by the Grantor. This conveyance is further subject to all outstanding oil, gas and mineral leases, easements and rights of way appearing of record in the Deed Records and/or Official Records of the County of the property described herein, affecting the herein described property, all of which are excepted from the WARRANTY hereinafter given.

Seller waives all Seller's surface rights, including, but not limited to the right of ingress and egress for the purpose of exploring and producing the mineral estate. This waiver does not affect any surface rights that may be held by other owners of the mineral estate.

**Exceptions to Conveyance and Warranty:**

Liens described as part of the Consideration and any other liens described in this deed as being either assumed or subject to which title is taken; validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing instruments, other than conveyances of the surface fee estate, that affect the Property; and taxes for 2021, which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have

1

and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

The vendor's lien against and superior title to the Property are retained until each note described is fully paid according to its terms, at which time this deed will become absolute.

Waterstone Mortgage Corporation at Grantee's request, has paid in cash to Grantor that portion of the purchase price of the Property that is evidenced by the note. The first and superior vendor's lien against and superior title to the Property are retained for the benefit of Waterstone Mortgage Corporation and are transferred to Waterstone Mortgage Corporation without recourse against Grantor.

When the context requires, singular nouns and pronouns include the plural.

KENMARK HOMES, L.P., a Texas limited partnership

BY: ITS GENERAL PARTNER, KM GROUP, L.L.C., a Texas limited liability company

BY: _____
DEBRA J. OZEE, MEMBER

STATE OF TEXAS )

COUNTY OF PARKER )

Before me, the undersigned, on this day personally appeared DEBRA J. OZEE, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same as the act of KM GROUP, L.L.C., a Texas limited liability company by acting as general partner of KENMARK HOMES, L.P., a Texas limited partnership, as its MEMBER, for the purposes and consideration therein expressed.

Given under my hand and seal of office this ___3___ day of March , 2021.

_____
Notary Public, State of Texas
My commission expires: __1-5-23__

ERICA SCHRICK
Notary Public
State of Texas
ID # 124329700
Comm. Expires 01/05/2023

PREPARED IN THE OFFICE OF:

ADAMS, BENNETT, DUNCAN & HENLEY
2745 Wind River Ln.
Denton, Texas 76210
P. 940-566-6221
F. 940-566-4977

AFTER RECORDING RETURN TO:
Deborah and Paul Reed
120 Saddle Ridge
Godley, TX 76044

# Johnson County
## Becky Ivey
### Johnson County
### Clerk

**Instrument Number:**  7817

eRecording - Real Property

Warranty Deed

Recorded On: March 08, 2021 09:19 AM                     Number of Pages: 3

### " Examined and Charged as Follows: "

Total Recording: $30.00

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**

Document Number:    7817

Receipt Number:    20210308000022

Recorded Date/Time:    March 08, 2021 09:19 AM

User:    Leslie S

Station:    ccl83

**Record and Return To:**

Simplifile

5072 North 300 West

PROVO UT



**STATE OF TEXAS**
**COUNTY OF JOHNSON**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Johnson County, Texas.

Becky Ivey
Johnson County Clerk
Johnson County, TX