# 2025 NOTICE OF APPRAISED VALUE

**CENTRAL APPRAISAL DISTRICT OF JOHNSON COUNTY**
109 N. Main St   Cleburne TX 76033
Main (817) 648-3000    Fax (817) 645-3105
www.johnsoncad.com
customerservice@johnsoncad.net

**OWNER / ACCOUNT INFORMATION**

REED DEBORAH D ETVIR PAUL E
120 SADDLE RIDGE
GODLEY TX 760440000

PIN #: 175371
OWNERSHIP 100.00%

AGENT:

**GEO ACCOUNT #:** 126.4667.01030

**PROPERTY ID #:** R000103014

**XREF #:**

### IMPORTANT PROPERTY TAX INFORMATION

REED DEBORAH D ETVIR PAUL E
120 SADDLE RIDGE
GODLEY TX 76044

NOTICE DATE: 04/15/2025

**120 SADDLE RIDGE DR**

0.50 ACRES
LOT 3 BLK 1
TIMBER CREEK ESTATES

### PROTEST DEADLINE: 05/15/2025

## APPRAISED VALUE

**5 YEAR APPRAISED VALUE CHANGE**
THE DIFFERENCE BETWEEN THE 2020 APPRAISED VALUE AND THE 2025 APPRAISED VALUE IS 751.34%.

|  | 2025 | 2024 |
|---|---|---|
| MARKET VALUE OF PERSONAL PROPERTY: |  |  |
| MARKET VALUE OF LAND: | 70,000 | 70,000 |
| MARKET VALUE OF STRUCTURES: | 338,645 | 338,645 |
| SPECIAL USE APPRAISAL: |  |  |
| TOTAL APPRAISED VALUE: | 408,645 | 408,645 |

### HOMESTEAD EXEMPTIONS SAVE TAXPAYERS MONEY

**THIS ACCOUNT CURRENTLY HAS THE FOLLOWING EXEMPTIONS:**
HS        DIS

**HOMESTEAD EXEMPTION QUALIFICATIONS**
- You own or have an owner interest to this property.
- This property is your principal residence.
- Your drivers license address matches the property address.
- You do not claim a homestead exemption anywhere in or out of Texas.

**NEED TO APPLY FOR YOUR HOMESTEAD?**
If you have owned and occupied your home for the last two years, but haven't applied for your homestead exemption, it's not too late! Homestead Exemptions can be applied retroactively up to two years.

## INFORMAL HEARINGS

Property owners that disagree with the proposed appraised value, or any other issues as allowed by law, are encouraged to contact the Central Appraisal District of Johnson County at (817) 648-3000 to request an informal conference with an appraiser to discuss and resolve concerns.

## SUBMITTING PROTESTS

**Protests must be in writing and received or postmarked by 05/15/2025**



**ONLINE TAXPAYER PORTAL**
scan the QR Code or go to
https://portal.johnsoncad.com
Property ID: R000103014
Pin: 175371

**Email to:**
customerservice@johnsoncad.net

**Mail or Dropoff:**
109 N. Main St.
Cleburne TX 76033



**ONLINE FORMS**
scan the QR Code or go to
https://forms.johnsoncad.com
Property ID: R000103014
Pin: 175371

## FORMAL ARB HEARINGS

The ARB will begin hearings on 05/20/2025 at 109 N. Main Street in Cleburne Texas.

## TAXABLE VALUE

**The steps to get from Appraised Value to Taxable Value...**

**1.** The Appraised Value above is reduced to the Assessed Value due to one of the following:
  10% Homestead Cap
  20% Circuit Breaker
  Special Use Appraisals

**2.** School Districts are the only taxing jurisdiction required to offer exemptions. All other taxing jurisdictions may choose to offer an exemption or not.

**3.** Exemption amounts are deducted from the Assessed Value to get the Taxable Value.

**4.** TAXABLE VALUE x TAX RATES = TAXES DUE

Taxing Jurisdictions are provided the estimated 2025 taxable values & will set 2025 tax rates by 9/31/25.
See Truth in Taxation on next page.

| TAXING JURISDICTIONS | 2025 APPRAISED VALUES | 2025 ASSESSED VALUES | 2025 EXEMPTION AMOUNTS | 2025 TAXABLE VALUES | 2024 TAXABLE VALUES |
|---|---|---|---|---|---|
| GODLEY ISD | 408,645 | 408,645 | 110,000 | 298,645 | 288,983 |
| HILL COLLEGE GODLEY ISD | 408,645 | 408,645 | 15,000 | 393,645 | 383,983 |
| CITY OF GODLEY | 408,645 | 408,645 | 50,865 | 357,780 | 349,085 |
| JOHNSON COUNTY | 408,645 | 408,645 | 30,432 | 378,213 | 369,034 |
| LATERAL ROAD | 408,645 | 408,645 | 30,432 | 378,213 | 369,034 |
| JOHNSON CO EMERGENCY | 408,645 | 408,645 | 15,000 | 393,645 | 383,983 |

*See more information about the 10% Homestead Cap & 20% Circuit Breaker on the next page.*

## 10% HOMESTEAD CAP

Per the Texas Property Tax Code, appraised value is based off of 100% market value. Capped value is shown under assessed value. The assessed value of accounts with a residence homestead are limited to 10% each year and takes effect the tax year after a homestead exemption is applied to the account. New value due to increases in acreage, newly constructed garages, home additions, pools or other improvements aside from normal repairs and maintenace are not subject to the 10% HS Cap.
[Sec. 23.23(c) Texas Property Tax Code]

## 20% CIRCUIT BREAKER

Under Section 23.231, Tax Code, for the 2024, 2025, and 2026 tax years, the appraised value of real property other than a residence homestead for ad valorem tax purposes may not be increased by more than 20 percent each year, with certain exceptions. The circuit breaker limitation provided under Section 23.231, Tax Code, expires December 31, 2026. Unless this expiration date is extended by the Texas Legislature, beginning in the 2027 tax year, the circuit breaker limitation provided under Section 23.231, Tax Code, will no longer be in effect and may result in an increase in ad valorem taxes imposed on real property previously subject to the limitation.

## OVER 65 OR DISABLED PERSONS TAX CEILING

| TAXING JURISDICTIONS | CURRENT CEILINGS ON THIS ACCOUNT |
|---|---|
| GODLEY ISD | YES |
| HILL COLLEGE GODLEY ISD | YES |
| CITY OF GODLEY | |
| JOHNSON COUNTY | YES |
| LATERAL ROAD | YES |
| JOHNSON CO EMERGENCY | |

**CEILINGS DO LIMIT THE AMOUNT TAXES CAN GO UP.**
**CEILINGS DO NOT LIMIT THE APPRAISED VALUE FROM GOING UP.**

School districts are required give a ceiling on Over 65 or Disabled Person Homestead Exemptions. Other jurisdictions may opt to offer a ceiling, but are not required to do so. Ceiling amounts are based on the taxes paid the 1st full year the exemption was applied to the account. Once set, taxes for those jurisdictions who offer a ceiling may go below the ceiling, but will not go above the ceiling. Ceilings are recalculated if new value is added such as an increase in acreage, newly constructed garages, home additions, pools or other improvements aside from normal repairs and maintenance.

## EXEMPTIONS & SPECIAL APPRAISAL BREAKDOWN BY JURISDICTION

If you currently receive a residence homestead exemption, the exemption amounts shown on this notice are those provided by law as of the date of this notice.

| TAXING JURISDICTIONS | EXEMPTION OR SPECIAL APPRAISAL CODE | PRIOR EXEMPTION AMOUNT | CURRENT EXEMPTION AMOUNT | CANCELED OR REDUCED EXEMPTION AMOUNT |
|---|---|---|---|---|
| CITY OF GODLEY | HS | $39,898.00 | $40,865.00 | $0.00 |
| CITY OF GODLEY | DIS | $10,000.00 | $10,000.00 | $0.00 |
| GODLEY ISD | HS | $100,000.00 | $100,000.00 | $0.00 |
| GODLEY ISD | DIS | $10,000.00 | $10,000.00 | $0.00 |
| HILL COLLEGE GOS | HS | $5,000.00 | $5,000.00 | $0.00 |
| HILL COLLEGE GOS | DIS | $10,000.00 | $10,000.00 | $0.00 |
| JOHNSON CO ESD#1 | HS | $5,000.00 | $5,000.00 | $0.00 |
| JOHNSON CO ESD#1 | DIS | $10,000.00 | $10,000.00 | $0.00 |
| JOHNSON COUNTY | HS | $19,949.00 | $20,432.00 | $0.00 |
| JOHNSON COUNTY | DIS | $10,000.00 | $10,000.00 | $0.00 |
| LATERAL ROAD | HS | $19,949.00 | $20,432.00 | $0.00 |
| LATERAL ROAD | DIS | $10,000.00 | $10,000.00 | $0.00 |

### EXEMPTION CODES:

HS - Homestead
O65 - Over-65
DIS - Disabled Person
VET1 - Disabled Veteran
VHS1 - 100% Disabled Vet Homestead
PWR - Alternate Power - Solar / Wind
FRP - Freeport / Goods in Transit
ABT - Abatement
POL - Pollution Control
HIS - Historic
T-EX - Total Exempt

### SPECIAL APPRAISAL CODES:

AG5 - Special Agricultural Appraisal

## TAX RATES & TRUTH IN TAXATION

The governing body of each tax unit listed on this notice decides whether or not property taxes will increase. The appraisal district only determines the value of your property based on market value.

*"The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials"*

**The County Tax Assessor-Collector does not adopt tax rates, determine property values or exemptions.**

The Tax Assessor-Collector for your county is:
Scott Porter
Johnson County Tax Assessor-Collector
2 N Mill Street
Cleburne, TX 76033
817-558-0122

**Visit Texas.gov/PropertyTaxes to find a link to your local property tax database on which you can easily access information regarding your property taxes, including information regarding the amount of taxes that each entity that taxes your property will impose if the entity adopts its proposed tax rate. Your local property tax database will be updated regularly during August and September as local elected officials propose and adopt the property tax rates that will determine how much you pay in property taxes.**

**Proposed and adopted tax rates are entered throughout this period. You may check the database for real-time updates or register for email updates to see how it may affect your 2025 tax bill.**

### REGISTER FOR EMAIL UPDATES
1. Visit the Texas.gov/PropertyTaxes or scan the QR Code to the left.
2. Click the blue Notify Me of Changes button.
3. Enter your name, email, phone number and the property ID: R000103014
4. Click the blue Submit button.