# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Bankruptcy Case No. 24-44478-mxm13 |
| | § | |
| DEBORAH DENISE REED and PAUL ERVIN REED, JR., | § | Adversary Case No. 25-04117-mxm |
| | § | |
| Debtors, | § | |
| | § | |
| DEBORAH DENISE REED and PAUL ERVIN REED, JR., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| McNeil & Meyers Receivables Management Group, LLC, | § | |
| | § | |
| Defendant, | § | |

---

## DEFENDANT MCNEIL & MEYERS RECEIVABLES MANAGEMENT GROUP, LLC WITNESS AND EXHIBIT LIST

---

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Defendant McNeil & Meyers Receivables Management Group, LLC ("Defendant"), in the above-captioned adversary case and files this Witness and Exhibit List for the Trial Docket Call set for February 26, 2026, at 9:00 a.m. on the Plaintiffs'/Debtors' Complaint to Determine Validity, Priority, or Extent of Lien [Docket 1]

WITNESSES:

1. Manuel Villegas, Managing Member, Default Operations

EXHIBITS:

| EX. | DESCRIPTION | ADMITTED: Y / N |
|---|---|---|
| A. | Construction Agreement | |
| B. | Loan Purpose Affidavit | |
| C. | Lien Affidavit | |
| D. | Notice of Right to Cancel | |
| E. | Closing Disclosure | |
| F. | Notice of Substitute Trustee's Sale | |
| G. | Assignment of Mortgage | |
| H. | Disbursement Check | |
| I. | Note | |
| J. | Deed of Trust | |
| K. | Home Improvement Draws | |

The Defendant reserves the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

DATED: February 13, 2026  Respectfully Submitted,
         MALCOLM ♦ CISNEROS, A Law Corporation

         By: */s/ Nathan F. Smith*
         NATHAN F. SMITH, TSB #24094355
         2112 Business Center Drive
         Irvine, California 92612
         Phone: (949) 252-9400
         Fax: (949) 252-1032
         Email: nathan@mclaw.org

         *Attorneys for Defendant*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2026, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system, including the party below:

*Attorney for Plaintiff/Debtor:*

Warren V. Norred

Norred Law PLLC

515 E. Border Street

Arlington, TX 76010

Phone: (817) 704-3984

Fax: (817) 524-6686

Email: warren@norredlaw.com

By: __/s/ Diep Quach_____

# EXHIBIT A - CONSTRUCTION AGREEMENT

## CONSTRUCTION AGREEMENT

QB 04/06/21 DW

**PULLIAM POOLS**
BUILDING INNOVATIVE POOLS SINCE 1962

2725 Altamesa Blvd.
Fort Worth, TX 76133
817-346-4778 Fax 817-346-6353
Email: pulliampools@pulliam.com

| Field | Value |
|---|---|
| Owner | DERMAN/PAUL REED |
| Address | 120 SADDLE RIDGE |
| City/State | GODLEY, TX. |
| Zip | 76044 |
| His/her phone | |
| His/her phone | |
| Lot | Block |
| Designer | BART SMITH |
| Permit | YES |
| Permit Runner | NONE |
| Engineer Plans | |

Addition: JOHNSON COUNTY
H.O.A. YES  Financing — CASH
Design Fee
Drainage Survey NO
Preliminary Letter Engineer Drainage NO

### POOL DIMENSIONS

| Field | Value | | Value |
|---|---|---|---|
| Perimeter | 113 | Depth At Entry | 3.5 |
| Length | 40 | Depth at Middle | 5 |
| Width | 24 | Depth at End | 4 |

Approximate Square 21,688
Pool Area 694 Sq. Ft.

### STEPS & BENCHES

| Field | Value | | Value | | Qty. |
|---|---|---|---|---|---|
| Steps | 25 | Ft. | Tan Ledge STANDARD | 1 | |
| Benches | 18 | Ft. | Beach Entry | NO | |
| Bar Stools | 3 | Ft. | In-Pool Table STONE TOP | | |

### EXCAVATION

| Field | Value | | Value |
|---|---|---|---|
| Pre-grade Hrs. | 1 | Gravel Floor | NO |
| | | Concrete Removal | |
| Piers | NO | Pier Qty. | |
| Rock Clause | $750 HAMMER FEE - $300 PER HR. (NOT INCLUDED) | Cap | $1,000 |

### SOIL INJECTIONS

Inject Pool  NO  Inject Decking  NO

### ASTM GRADE 40 STEEL REINFORCING SCHEDULE

Continuous perimeter suspended box beam four #4 bars (1/2")

| Field | Value |
|---|---|
| Entire Shell | #4 BARS (1/2") ON 10" CENTERS |
| Deck Dowels | #4 BARS (1/2") EVERY 10" |
| Bond Points | #4 BARS (1/2") ON 3'X3" CENTERS |
| Double Curtain | Sq. Ft. |

### PLUMBING

Schedule 40 PVC with separate suction lines.

| Field | Value | | Value | |
|---|---|---|---|---|
| Filter Run | 50 | Ft. | Add'l Ft. $20.00 | Per Ft. |
| Spa Run | | Ft. | Add'l Ft. $20.00 | Per Ft. |
| Skimmers | 2 | Qty. | Returns | 4 | Qty. |
| Fill Line | HOSE BIB | | Bubblers | 2 | Qty. |
| Overflow Line | TO DRAIN | | Deck Jets | | Qty. |
| In-Cap | NO | | Water Fees | | Qty. |
| Backwash Line | NO | | Ext. Line 1-1/2" | Add'l Ft. |
| Gas Run | N/A | | Ext. Line 2" | Add'l Ft. |
| Gas Run | | Ft. | Main Drains | 2 | Qty. |
| Other | | | | |

### HYDRA-THERAPY SPA

| Field | Value | | Value |
|---|---|---|---|
| Spa Size | N/A | Spa Dimensions | Number of Jets N/A |
| Raised Beam | NO | 3-Level Bench NONE | Elevation N/A |
| Fountain | NO | Spillway Width | Spillway Type N/A |
| Other | | | |

### EQUIPMENT

| Field | Value | | Value |
|---|---|---|---|
| Filter Pump | 2HP VARIABLE SPEED | | 3HP JANDY |
| Boost Pump1 | NONE | Boost Pump2 | NONE |
| Filter | JANDY DE60 | Autofill | NONE |
| Pool Cleaner | POLARIS 280 BLACK | Sheer Descent 1 | NONE | Qty. |
| Control System | JEP(VARIABLE SPEED) | Sheer Descent 2 | NONE | Qty. |
| Sanitizer 1 | CHP POWRCLEAN CHLORINATOR | Pool Chill | |
| Sanitizer 2 | NONE | Slide | NONE |
| Heater | NONE | Heat Pump/Chiller | NONE |
| Blower | NONE | Diving Board | NONE |
| Pool Light Type 1 | LED COLOR | 2 | Qty. | Tree Light Size NONE |
| Pool Light Type 2 | NONE | | Qty. | Step Light Qty. |
| Spa Light Type | NONE | | | Step Light Color NONE |
| LED Bubblers | NONE | | | Fibersteel Media NONE |
| Basketball Kit | NONE | Volleyball Kit | NONE | Umbrella Sleeve 1 |
| Brass Sleeves | | | | Airswitch NO |
| Firebowls | NONE | | Qty. | |
| Waterbowls | NONE | | Qty. | |
| Pool Cover | NONE | | | |
| Other | NONE | | | |

### MASONRY & TILE

Poly Vinyl expansion joint installed behind coping and sealed with a construction grade self leveling caulk. Tile and Coping must be selected prior to excavation.

| Field | Value | | Value |
|---|---|---|---|
| Pool Coping | BS - TRAVERTINE | Mortar | BUFF | Rock Sealer NO |
| Waterline Tile | STANDARD 6" | Grout | GRAY |
| | NONE | Location | |
| Raised Beam | NO | Max Length | Ft. | Height Ft. |
| Drop Beam | NO | Max Length | Ft. | Raised Edge Ft. |
| Waterfall Type | NONE | Max Length | | |
| Rock Wall | NONE | | | Cave Skimmers Qty. |
| Wall Height | Inches | | | Box Skimmers Qty. |
| Wall Length | Ft. | | | Weeping Wall 12 Ft. |
| CMU Walls | NONE | | | Rocked-in Slide NONE |
| Wall Height | Inches | | | Cave/Grotto Waterfall NONE |
| Wall Length | Inches | | | Rock Fort Fountains Qty. |
| Columns | NONE | | | Jump Rock |
| Column Height | Inches | Column Qty. | | Rock Beach Sq. Ft. |
| Column Depth | Inches | | | Rock Tanning Ledge Sq. Ft. |
| Boulders | NONE | | | Boulder Length Ft. |
| Other | NONE | | | |

### ELECTRICAL

To conform to the National Electric Code.

| Field | Value | | Value |
|---|---|---|---|
| Electric Run | 200 | Ft. Approx. | Sub-Panel IF NEEDED |
| Third Party | NO | | Other |
| Other | | | Booster Pump 2 |

### DRY MIX PROCESS GUNITE

12" x 12" Continuous Perimeter Structural Bond Beam
6"-8" Walls and Floors and 8"-10" Corners

HOMEOWNER is required to water Gunite twice daily for 10 days to prevent curing.

### DECKING

| Field | Value | | Value |
|---|---|---|---|
| Concrete decks are 4" thick and with #3 5/8" Steel reinforcing on minimum of 18" oncenter | | | |
| Decking Type | SUNDEK/ACRYLIC | Sq. Ft. | 968 | Sq. Ft. Flagstone Sq. Ft. |
| Cap Patio | SUNDEK/ACRYLIC | | 140 | Sq. Ft. Acid Wash Ft. |
| Turn Down | | | | Risers Ft. |
| Drains | | Qty. | | Drink Pipe Ft. |
| Box Drains | | Qty. | | Channel Drain Ft. |
| Hand Piers | | Qty. | Add'l Decking Cost $15.00 | per Sq. Ft. plus wandered iron |
| Other | | | | |

### INTERIOR FINISH

*Homeowner is responsible for supplying water to fill pool

| Field | Value | | Value |
|---|---|---|---|
| Finish Type | WETEDGE SIG MATRIX LEVEL 1 | | Spa NO |
| | | Additional Abalone | Bags | Plaster Perimeter 113 Ft. |

### OUTDOOR LIVING

| Field | Value | | Value |
|---|---|---|---|
| Structure Type | N/A | | Sq. Ft. Post Size N/A |
| Add'l Structure | N/A | | Sq. Ft. Gutters NO |
| Stone/Sealer | | | | Inset Appliances N/A |
| BBQ/Counter | | | Countertop Type N/A |
| Backsplash | Ft. | | Countertop Size N/A |
| Firepit Type | NONE | | Height N/A Inches |
| Firepit Media | N/A | | Firepit Area/lid Color |
| Fireplace Type | | | Add'l Height Ft. |
| Mantel | Ft. | Hearth | Ft. |
| Other | | | |

### Electrical Package

| Field | Value | | Value |
|---|---|---|---|
| Outlets | | | Can Lights | Bullet Lights |
| Wire Fan | | | Fan Light Kit | Switches |
| Other | | | |

### SPRINKLER SYSTEM

Cap & Reroute NO  Reroute Only NO  Allowance

### MAKE READY

Complete make ready on site after completion. Sod & landscaping not included.

Top soil back included in contract $
Optional topsoil services available for an additional fee: $ 400.00 Per Load
Fence Put Back | Panels | French Drain Ft.
Gate To Code

### OPERATING INSTRUCTIONS

Complete and personal instruction will be given for so long and at often as necessary during but not less hours for the two week period following completion.

### ADDITIONAL FEATURES

NONE
NONE

## CONSTRUCTION AGREEMENT

For the sum specified below, PULLIAM POOLS, subject to officer approval, agrees to build the structures and install the equipment described, according to the specifications above, attached plan (Exhibit A), terms and conditions of this agreement, and any attached addendum, in a workmanlike manner, to PULLIAM'S QUALITY STANDARDS. BUYER has read, understands, and has received a completed legible copy of this agreement BOTH FRONT AND BACK, accepts all terms, responsibilities, and conditions contained herein, and warrants that all oral representations are contained herein. This contract is contingent upon BUYER obtaining financing.

| | | PAYMENT SCHEDULE: | |
|---|---|---|---|
| BUYER | | DOWN PAYMENT (Due at signing) | $ 1,000.00 |
| BUYER | Deborah Reed | AT EXCAVATION | $ 20,603.44 |
| PULLIAM | | AT GUNITE | $ 24,037.35 |
| DATE | 4/12/21 | | |
| | (If Homeowner does own deck, payment is due at Tile and Coping) | AT DECK SET (prior to installing deck steel & forms) | $ 20,603.44 |
| | | PRIOR TO PLASTER | $ 3,433.91 |
| | | TOTAL PURCHASE PRICE | $ 69,678.13 |

BUYER MAY RESCIND THIS CONTRACT, WITHOUT PENALTY OR CHARGE WITHIN THREE (3) BUSINESS DAYS AFTER THE EXECUTION OF THIS CONTRACT BY ALL PARTIES. IN SUCH EVENT, THE DEPOSIT AMOUNT PREVIOUSLY ACCEPTED (LESS ANY AGREED UPON DESIGN FEES) BY PULLIAM SHALL BE RETURNED TO CUSTOMER, OTHERWISE SUCH DEPOSIT SHALL BE DEEMED TO BE FULLY EARNED AND NON-REFUNDABLE

## EXHIBIT A - CONSTRUCTION AGREEMENT

| FIREPIT TYPE | NONE | | ELEVATION | N/A |
|---|---|---|---|---|
| | *GAS LINE NOT INCLUDED* (ADD TO TOTAL GAS RUN) | | MEDIA TYPE | N/A |
| | | | MEDIA COLOR | |

### ELECTRICAL (TO CONFORM WITH NATIONAL BUILDING CODE (200' INCLUDED IN BASE)

| ELECTRIC RUN | 200 | ft. | YARD PLUGS | | qty. |
|---|---|---|---|---|---|
| SUB-PANEL | IF NEEDED | | BOOSTER PUMP SWITCH | | qty. |
| OTHER | | | | | |

### GUNITE (INCLUDES 12"X12" CONTINUOUS BOND BEAM WITH 6"-8" FLOORS & 8"-10" COVES)

| ADDITIONAL GUNITE YARDAGE | | YARDS |
|---|---|---|
| WATER GUNITE | HOMEOWNER | |

### DECKING (CONCRETE DECKS ARE RE-INFORCED WITH #3 (3/8")STEEL RE-INFORCING ON MINIMUM OF 18" CENTERS)    $10,794.00

| DECKING TYPE 1 | SUNDEK MULTI-COLOR | | 400 SQ.FT.MINIMUM | 968 | sq.ft. |
|---|---|---|---|---|---|
| PATIO CAP | SUNDEK MULTI-COLOR | | | 140 | sq.ft. |
| BOX DRAINS | | each | STEP RISERS | | lf. |
| 4" DRAIN PIPE | | lf. | PAVER RISER/TURN DOWN | | lf. |
| 4" CONNECTIONS | | each | CONCRETE TURN DOWN BEAM (18"MAX) | | sq.ft. |
| DOWNSPOUTS | | each | HAND PIERS | | qty. |
| ADD'L MASTIC | | lf. | MINI-CHANNEL | | |
| ADD'L SAND | | loads | SPA PAD | | sq.ft. |
| OTHER | | | | | |

### INTERIOR FINISH (STANDARD WHITE PLASTER INCLUDED IN BASE)    $3,503.00

| INTERIOR FINISH TYPE | WETEDGE SIG MATRIX LEVEL 1 | | ADD ABALONE | | qty. |
|---|---|---|---|---|---|
| FITTING COLOR | BLACK | | | | |
| PLASTER PERIMETER | 113 | ft. | SPA | NO | BRUSH PLASTER | BY HOMEOWNER |

### OUTDOOR LIVING (APPLIANCES NOT INCLUDED. HOMEOWNER MUST PURCHASE APPLIANCES AND HAVE ON SITE FOR PULLIAM TO INSTALL ADDITIONAL COST)

| STRUCTURE TYPE | N/A | | 150 Sq. Ft. Minimum | | sq.ft. |
|---|---|---|---|---|---|
| ADD'L STRUCTURE | N/A | | 150 Sq. Ft. Minimum | | sq.ft. |
| ROOF OVER EXISTING ROOF | | sq.ft. | POST SIZE | N/A | |
| PONY WALL | NO | | POST QTY. | | |
| PERMIT COST | | Amt. | GUTTERS | NO | lf. |
| PLANS & ENGINEERING | | Amt. | STAIN/SEALER | NONE | |
| BBQ/COUNTER STRUCTURE | | lf. | COUNTER TOP TYPE | N/A | sq.ft. |
| *CMU BLOCK WITH STONE VENEER 36"X36" | | | *MEASURE TOTAL SQ. FT. INCLUDING OVERHANGS* | | |
| BACKSPLASH | | lf. | BAR/BACKSPLASH TOP TYPE | N/A | sq.ft. |
| BBQ FOUNDATION | | sq.ft. | *MEASURE TOTAL SQ. FT. INCLUDING OVERHANGS* | | |
| CUT/OUT FOR GRILL/EGG | | qty. | FIREPLACE TYPE | N/A | 8' TALL INCLUDED |
| INSTALL APPLIANCES | NO | | CHIMNEY EXTENSION OVER 8' TALL | | ft. | *ADD GAS LINE TO PLUMBING* |
| | | | FULL BODY CHIMNEY EXTENSTION OVER 8' TALL | | ft. |
| | | | FIREPLACE FOOTING | NO | HEARTH | ft. |
| | | | MANTEL | | ft. |
| OTHER | | | | | |

### OUTDOOR LIVING ELECTRICAL PACKAGE

| CIRCUIT | NO | | BULLET LIGHTS | | qty. |
|---|---|---|---|---|---|
| WIRE FANS | | qty. | PAINT CONDUITS | NO | |
| LIGHT KITS | | qty. | SWITCHES | | qty. |
| CAN LIGHTS | | qty. | OUTLETS | | qty. |
| OTHER | | | | | |

VER.12.14.20

EXHIBIT A - CONSTRUCTION AGREEMENT

| MAKE READY | | | | | $2,450.00 |
|---|---|---|---|---|---|
| MAKE READY BY | PULLIAM | | FRENCH DRAIN LINES | | ft. |
| TIGHT ACCESS | YES | | PUT BACK FENCE PANELS | | qty. |
| TOPSOIL | 2 | LOADS | PUT BACK GATES & BRING TO CODE | | qty. |
| ADD'L HAUL OFF | | LOADS | | | |
| ADD'L CLEAN UP | | hrs. | | | |
| OTHER | | | | | |

| ADDITIONAL FEATURES | | |
|---|---|---|
| NONE | | |
| NONE | | |
| NONE | | |
| NONE | | |

### ESTIMATE IS GOOD FOR 30 DAYS

| PROJECT TOTAL | $69,678.13 |
|---|---|

*ALL UTILITIES INCLUDING GAS LINES, PHONE LINES, CABLE/INTERNET LINES, ELECTRIC LINES, WATER AND SEWER/SEPTIC LINES ARE NOT INCLUDED UNLESS LISTED ABOVE*

ESTIMATE DOES NOT INCLUDE SOD OR LANDSCAPING.

| PAYMENT SCHEDULE: | | |
|---|---|---|
| DOWN PAYMENT (Must include special order items) | $ | 1,000.00 |
| AT EXCAVATION | $ | 20,603.44 |
| AT GUNITE | $ | 24,037.35 |
| AT DECK SET | $ | 20,603.44 |
| PRIOR TO PLASTER | $ | 3,433.91 |
| TOTAL PURCHASE PRICE | $ | 69,678.13 |

### ADDITIONAL OPTIONS NOT INCLUDED ABOVE

| DESCRIPTION | | COST |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

VER.12.14.20

EXHIBIT A - CONSTRUCTION AGREEMENT

## HYDRA-THERAPY SPA

| | | | | | | |
|---|---|---|---|---|---|---|
| SPA SIZE | N/A | ELEVATION | N/A | SPA TILE | INCLUDED | |
| SPA DIMENSIONS | | SPILLWAY TYPE | N/A | SPA COPING | | lf. |
| THERAPY JETS | N/A | qty. | SPILLWAY WIDTH | ft. | SPA VENEER | INCLUDED | |
| SPA FOUNTAIN | NO | ROLLED BEAM | NO | BI-LEVEL BENCH | NONE | |
| OTHER | | | | | | |

## EQUIPMENT (2HP PUMP, 2 WAY TIMER, IN-LINE CHLORINATOR, CV460 OR DE48 FILTER, AND (1) 500W LIGHT INCLUDED IN BASE)   $5,430.00

| | | | | | |
|---|---|---|---|---|---|
| FILTER PUMP | 2HP VARIABLE SPEED | FILTER | JANDY DE60 | CONTROLLER | JEPR(VARIABLE SPEED) |
| BOOSTER PUMP1 | 1HP JANDY | CLEANER | POLARIS 280 BLACK | HEAT PUMP/CHILLER | NONE |
| BOOSTER PUMP2 | NONE | HEATER | | INCLUDES 75' ELEC. $6 PER FT. OVER 75' (INCLUDES DRAIN & 25' PIPE) | |
| BOOSTER PUMP3 | NONE | PDA REMOTE | NONE | AIR BLOWER | NONE |
| POOL LIGHT TYPE 1 | LED COLOR | 2 | qty. | SLIDE | NONE |
| POOL LIGHT TYPE 2 | NONE | | qty. | DIVING BOARD | NONE |
| SPA LIGHT TYPE | NONE | | qty. | SANITIZER 1 | CMP POWERCLEAN CHLORINATOR |
| LED BUBBERS | NO | | qty. | SANITIZER 2 | NONE |
| VOLLEYBALL KIT | NONE | BASKETBALL KIT | NONE | POOL COVER | NONE |
| BRASS SLEEVE | | | | WATERFEATURE 1 | NONE | qty. |
| STEP LIGHT TYPE | NONE | | qty. | WATERFEATURE 2 | NONE | qty. |
| | STEP LIGHT COLOR | NONE | | AUTOFILLER | NONE |
| FIRE BOWL | NONE | | qty. | HANDRAIL | |
| WATER BOWLS | NONE | | qty. | AIRSWITCH | NO |
| OTHER | FIRE BOWL MEDIA TYPE | NONE | | UMBRELLA SLEEVES | 1 |

## MASONRY & TILE (POLY VOID EXPANSION JOINT INSTALLED BEHIND COPING AND SEALED WITH A CONSTRUCTION GRADE SELF LEVELING LIQUID CAULK.)   $5,305.00

| | | | | | | |
|---|---|---|---|---|---|---|
| COPING | FLAGSTONE STANDARD | MORTAR COLOR | GRAY | TOTAL LINEAR FT. OF FINISHED FACE | 113 | lf. |
| WATERLINE TILE | STANDARD 6" | Grout | GRAY | TOTAL LINEAR FT. (INCLUDING SPA) | 113 | lf. |
| ADD'L TILE | NONE | LOCATION | | TOTAL SQ. FT. OF ADD'L TILE | | sq.ft. |
| RAISED BEAM | NO | RAISED BEAM TYPE | NONE | FINGERLEDGE COPING | | lf. |
| 6" | | ft. | PORT FNTS | qty. | EASED EDGE | | lf. |
| 12" | | ft. | BOULDER SIZE | NONE | BOULDER LENGTH | | lf. |
| 18" | | ft. | JUMP ROCK | NONE | CORE SKIMMERS | | qty. |
| 24" | | ft. | ROCK BEACH | sq.ft. | BOX SKIMMERS | | qty. |
| 30" | | ft. | ROCK LEDGE | sq.ft. | TRIM TILE | | lf. |
| 36" | | ft. | | | SPOTTER TILE | | qty. |
| DROP BEAM | NO | DROP BEAM TYPE | NONE | | | |

| | | | | | |
|---|---|---|---|---|---|
| 6" | | ft. | ROCK COLUMNS | | CUSTOM ROCK WATERFALLS |
| 12" | | ft. | | | TYPE | NONE |
| 18" | | ft. | ROCK TYPE | NONE | HEIGHT | ft. |
| 24" | | ft. | HEIGHT | inches | LENGTH | ft. |
| 30" | | ft. | WIDTH | inches | DEPTH | ft. |
| 36" | | ft. | | qty. | | |

### GRAVITY WALL       CMU WALL       WEEPING WALL

| | | | | | |
|---|---|---|---|---|---|
| WALL TYPE | NONE | VENEER TYPE | NONE | LENGTH | 12 | ft. |
| CAP TYPE | NONE | CAP TYPE | NONE | ROCKED IN SLIDE |
| HEIGHT | inches | HEIGHT | inches | TYPE | NONE |
| FOOTING DEPTH | inches | LENGTH | ft. | CAVE/GROTTO |
| FOOTING WIDTH | inches | | | TYPE | NONE |
| LENGTH | ft. | ROCK SEALER | NO | sq.ft. | |

| | |
|---|---|
| OTHER | |

## FIREPITS

## EXHIBIT A - CONSTRUCTION AGREEMENT

**PULLIAM POOLS**
BUILDING INNOVATIVE POOLS SINCE 1916

2725 ALTAMESA BLVD.
FORT WORTH, TX 76133
817-346-4778

3/16/2021
3.9.21

PREPARED BY: BART SMITH

### HOMEOWNER INFORMATION

| | | | |
|---|---|---|---|
| OWNER: | REED FAMILY | HIS/HER CELL# | |
| ADDRESS: | 120 SADDLE RIDGE | HIS/HER CELL# | |
| CITY/STATE: | GODLEY,TX. | ZIP CODE: | HIS/HER EMAIL: |
| LOT: | BLOCK: | HIS/HER EMAIL: | |
| ADDITION: | JOHNSON COUNTY | HOMEOWNER'S ASSOCIATION: | NO |
| FINANCING: | TBD | GATE CODE: | MAIL ADDRESS (IF DIFFERENT) |

### ESTIMATE

### PLANS & PERMITS

| | | | | | |
|---|---|---|---|---|---|
| CITY PERMIT | NO | DRAINAGE SURVEY | NO | PROXIMITY LETTER | NO |
| DESIGN FEES | | ENGINEERED DRAINAGE | NO | ENGINEERED PLANS | |
| | | PERMIT RUNNER | NONE | | |

### RE-ROUTES

| | | | | |
|---|---|---|---|---|
| ELECTRIC POWER LINE | ALLOWANCE ONLY (BID REQUIRED) | GAS LINE | ALLOWANCE ONLY | |
| SEWER/SEPTIC LINE | ALLOWANCE ONLY (BID REQUIRED) | POTHOLE | AMT. | $34,433.13 |

### POOL DIMENSIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| PERIMETER | 113 | ft. | POOL AREA | 694 | sq.ft. | |
| MAX LENGTH | 40 | ft. | DEPTH AT ENTRY | 3.5 | ft. | |
| MAX WIDTH | 24 | ft. | DEPTH AT MIDDLE | 4 | ft. | |
| GALLONS | 23,423 | approx. | DEPTH AT END | 6 | ft. | $3,830.00 |

### STEPS & BENCHES (25' INCLUDED)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ENTRY STEPS | 25 | ft. | SHALLOW BENCHES | 18 | ft. | BAR STOOLS | 3 | qty. |
| TAN LEDGE | STANDARD | | DEEP END BENCHES | | ft. | BAR STOOL TYPE | STONE CAP |
| TAN LEDGE | 1 | qty. | BEACH ENTRY | NO | | IN-POOL TABLE | STONE TOP | $350.00 |

### EXCAVATION (STANDARD EXCAVATION INCLUDED)

| | | | | | | |
|---|---|---|---|---|---|---|
| TYPE | STANDARD (12-13' wide flat) | CONCRETE REMOVAL | | sq.ft. | | |
| GRADING | 1 | hrs. | PIER POOL | NO | | qty. |
| ROCK FLOOR | NO | | PIER TYPE | NONE | | |
| ROCK CLAUSE CAP | $5,000 | | (NOT INCLUDED) | *MINIMUM (3) HELICAL & (10) CONCRETE | | |

### SOIL INJECTIONS (PULLIAM RECOMMENDS INJECTING SOILS WITH LINEAR EXTENSIBILITY ABOVE 5.9)

| | | | | | |
|---|---|---|---|---|---|
| INJECT POOL | NO | sq.ft. | 10' INJECTIONS | NO | |
| INJECT DECKS | NO | sq.ft. | LINEAR EXTENSIBILITY | 0.1-0.9-2.3 | $1,808.00 |

### ASTM GRADE 40 STEEL REINFORCING SCHEDULE (3/8" INCLUDED)

| | | | | |
|---|---|---|---|---|
| ENTIRE SHELL | #4 BARS (1/2") ON 10" CENTERS | DBL CURTAIN | | sq.ft. |
| STRESS POINTS | #4 BARS (1/2") ON 5"X10" CENTERS | | | |
| DOWELS | #4 BARS (1/2") EVERY 30" | | | $1,775.00 |

### PLUMBING (15' RUN AND 4 RETURNS INCLUDED)

| | | | | | | |
|---|---|---|---|---|---|---|
| FILTER RUN | 30 | ft. | SKIMMERS | 2 | qty. | |
| SPA RUN | | ft. | MAIN DRAINS | 2 | qty. | |
| OVERFLOW | TO DRAIN | | RETURNS | 6 | qty. | |
| DECK JETS | | qty. | FILL LINE | HOSE BIB | FILL LINE OVER 50' | ft. |
| ROMAN FNTS. | | qty. | FNT. LINE 1-1/2" | | ft. | |
| BUBBLERS | 2 | qty. | FNT. LINE 2" | | ft. | |
| GAS TYPE | N/A | ft. | P-TRAP | NO | | |
| ADD'L GAS OUTLET | | qty. | BACKWASH LINE | | ft. | |
| PLUMBING OTHER | | | | | | |

### SPRINKLER SYSTEM

| | | | | | | |
|---|---|---|---|---|---|---|
| CAP & REROUTE | NO | RE-ROUTE ONLY | NO | MINIMUM RE-ROUTE | ZONES | qty. |
| 1 | OTHER | | | | | |

EXHIBIT B - LOAN PURPOSE AFFIDAVIT



**P.O. Box 210848 Bedford, Texas 76095 - 7848**

# LOAN PURPOSE AFFIDAVIT

**Borrower(s) Name:** | DEBORAH C REED

**Property Address:** | 120 SADDLE RIDGE                    GODLEY, TX 76044

The undersigned borrower(s) (the "Borrower") intends to use the proceeds from the subject loan (the "Loan") for the following purposes:

> POOL

The undersigned hereby acknowledge(s) that this affidavit is executed for the purpose of inducing the lender named above to make the Loan and that the lender will rely upon this affidavit in making said loan.

**Borrower(s) Signature(s):**

Signature: _Deborah C Reed_    4-14-21          Date: __4/14/2021__
DEBORAH C REED

Signature: _____          Date: __4/14/2021__

Sworn to, by the above named Borrower(s), on this the __14th__ day of __April__, __2021__, before me a Notary

Public for the county of __Johnson__ and the State of Texas.

Notary Public: _Teresa Meyers_          Notary Seal

> TERESA MEYERS
> My Notary ID # 11260137
> Expires June 18, 2022

MLLN-Loan-Purpose-Affidavit

EXHIBIT C - LIEN AFFIDAVIT



**Fort Worth Community**
CREDIT UNION
P.O. Box 210848 Bedford, Texas 76095 - 7848

# LIEN AFFIDAVIT

**Borrower(s) Name:** | DEBORAH C REED

**Property Address:** | 120 SADDLE RIDGE          GODLEY, TX 76044

**Property Value:** | $317,000.00     **Loan Amount:** | $69,678.00

**Member Number:** | ▓▓▓▓▓

There is no lien or encumbrance on the property listed above (the "Property") nor has any lien or encumbrance upon the property been given or executed or contracted or agreed to be given or executed by the undersigned borrower(s) (the "Borrower") to any person, except for (1) lien disclosed below.

**First Lien Holder:** | Waterstone Mortgage     **First Lien Balance:** | $301,150.00

## Borrower(s) Signature(s):

Signature: *Deborah C Reed*     4-14-21     Date: 4/14/2021
DEBORAH C REED

Signature: _____     Date: 4/14/2021

Sworn to, by the above named Borrower(s), on this the ___14th___ day of ___April___, ___2021___, before me a Notary Public for the county of ___Johnson___ and the State of Texas.

Notary Public: *Teresa Meyett*     Notary Se

TERESA MEYERS
My Notary ID # 11260137
Expires June 18, 2022

MLLN-Lien-Affidavit

EXHIBIT D - NOTICE OF RIGHT TO CANCEL



www.ftwccu.org
1-800-817-8234

You're worth more (to us)
P.O. Box 210848 Bedford, Texas 76095 - 7848



## Notice of Right to Cancel

### ☐ NOTICE OF YOUR RIGHT TO CANCEL - Open End

☐ **ESTABLISHING AN ACCOUNT** The credit union has agreed to establish an open-end credit account for you, and you have agreed to give the credit union a (mortgage/deed of trust) (on/in) your home as security for the account. You have a legal right under federal law to cancel the account, without cost, within three business days after the latest of the following events:

    1.  the opening date of your account which is _____ ; or
    2.  the date you received your Truth in Lending disclosures; or
    3.  the date you received this notice of your right to cancel the account.

If you cancel the account, the (mortgage/deed of trust) (on/in) your home is also cancelled. Within 20 days of receiving your notice, the credit union must take the necessary steps to reflect the fact that the (mortgage/deed of trust) (on/in) your home has been cancelled. The credit union must return to you any money or property you have given to us or to anyone else in connection with the account.

You may keep any money or property the credit union has given you until the credit union has done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address shown below. If the credit union does not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

☐ **INCREASING THE SECURITY** You have agreed to increase the amount of the (mortgage/deed of trust) (on/in) your home that the credit union holds as security for your open-end credit account. You have a legal right under federal law to cancel the increase, without cost, within three business days after the latest of the following events:

    1.  the date of the increase in the security which is _____ ; or
    2.  the date you received your Truth in Lending disclosures; or
    3.  the date you received this notice of your right to cancel the increase in the security.

If you cancel the increase in the security, your cancellation will apply only to the increase in the amount of the (mortgage/deed of trust). It will not affect the amount you presently owe on your account, and it will not affect the (mortgage/deed of trust) the credit union already has (on/in) your home. Within 20 calendar days after the credit union receives your notice of cancellation, the credit union must take the necessary steps to reflect the fact that any increase in the (mortgage/deed of trust) (on/in) your home has been cancelled. The credit union must also return to you any money or property you have given the credit union or to anyone else in connection with this increase.

You may keep any money or property the credit union has given you until the credit union has done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address shown below. If the credit union does not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

☐ **INCREASING THE CREDIT LIMIT** The credit union has agreed to increase the credit limit on your open-end credit account. The credit union has a (mortgage/deed of trust) (on/in) your home as security for your account. Increasing the credit limit will increase the amount of the (mortgage/deed of trust) (on/in) your home. You have a legal right under federal law to cancel the increase in your credit limit, without cost, within three business days after the latest of the following events:

    1.  the date of the increase in your credit limit which is _____ ; or
    2.  the date you received your Truth in Lending disclosures; or
    3.  the date you received this notice of your right to cancel the increase in your credit limit.

If you cancel, your cancellation will apply only to the increase in your credit limit and to the (mortgage/deed of trust) that resulted from the increase in your credit limit. It will not affect the amount you presently owe, and it will not affect the (mortgage/deed of trust) the credit union already has (on/in) your home. Within 20 calendar days after the credit union receives your notice of cancellation, the credit union must take the necessary steps to reflect the fact that any increase in the (mortgage/deed of trust) (on/in) your home has been cancelled. The credit union must also return to you any money or property you have given to the credit union or to anyone else in connection with this increase.

You may keep any money or property the credit union has given you until the credit union does the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address shown below. If the credit union does not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

© CUNA MUTUAL INSURANCE SOCIETY, 1991, 1992, 1999, ALL RIGHTS RESERVED

MLLN-HE-Right-to-Cancel-KTX1B0
KTX1B0 (LASER)

EXHIBIT D - NOTICE OF RIGHT TO CANCEL

**☒ NOTICE OF YOUR RIGHT TO CANCEL** - Closed End

**☒ GENERAL RIGHT TO CANCEL** You are entering into a transaction that will result in a (mortgage/deed of trust) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

1. the date of the transaction which is __4/14/2021__ ; or
2. the date you received your Truth in Lending disclosures; or
3. the date you received this notice of your right to cancel.

If you cancel the transaction, the (mortgage/deed of trust) is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/deed of trust) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**☐ REFINANCING RIGHT TO CANCEL (REFINANCING WITH ORIGINAL CREDITOR)** You are entering into a new transaction to increase the amount of credit provided to you. Your home is the security for this new transaction. You have a legal right under federal law to cancel this new transaction, without cost, within three business days from whichever of the following events occurs last:

1. the date of this new transaction, which is _____ ; or
2. the date you received your new Truth in Lending disclosures; or
3. the date you receive this notice of your right to cancel.

If you cancel this new transaction, it will not affect any amount that you presently owe. Your home is the security for that amount. Within 20 calendar days after we receive your notice of cancellation of this new transaction, we must take the steps necessary to reflect the fact that your home does not secure the increase of credit. We must also return any money you have given to us or anyone else in connection with this new transaction.

You may keep any money we have given you in this new transaction until we have done the things mentioned above, but you must then offer to return that money at the address below. If we do not take possession of the money within 20 calendar days of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel the account/transaction designated above, you may do so by notifying the credit union in writing, at

**1905 Forest Ridge Drive, Bedford, TX 76021-5724**

_____.

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice no matter how you notify the credit union because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of (date) __4/17/2021__ (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

X _____ _____
Borrower/Owner of Property                                                              Date

**ACKNOWLEDGMENT OF RECEIPT**

You have received two copies of this Notice of Right to Cancel and one copy of the Truth in Lending Disclosures from the credit union and have read and understand them. If this transaction is to increase the amount of the Mortgage/Deed of Trust on/in your home or to increase your credit limit, you acknowledge that you received Truth in Lending Disclosures at the time the original account was established.

You know of no individual(s) not signing this statement who also lives in your home as their principal residence and has any kind of an ownership interest in that property.

**DEBORAH C REED**

X _Deborah C Reed_                                    _4-14-21_
Borrower/Owner of Property                            4/14/2021

**PAUL E REED**

X _____                     _4-14-21_
Borrower/Owner of Property                            4/14/2021

© CUNA MUTUAL INSURANCE SOCIETY, 1991, 1992, 1999, ALL RIGHTS RESERVED

MLLN-HE-Right-to-Cancel-KTX1B0
KTX1B0 (LASER)

EXHIBIT E - CLOSING DISCLOSURE

# Closing Disclosure

*This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.*

**Closing Information**

| | |
|---|---|
| Date Issued | 4/7/2021 |
| Closing Date | 4/14/2021 |
| Disbursement Date | 4/19/2021 |
| Settlement Agent | TERESA MEYERS |
| File # | ▓▓▓▓▓ |
| Property | 120 SADDLE RIDGE |
| | GODLEY    TX    76044 |
| Certified | Prop. Value $ 317,000.00 |

**Transaction Information**

| | |
|---|---|
| Borrower | DEBORAH C REED |
| | 120 SADDLE RIDGE |
| | GODLEY, TX 76044 |
| | |
| Lender | Fort Worth Comm. CU |

**Loan Information**

| | |
|---|---|
| Loan Term | 20    Years |
| Purpose | Home Improvement Loan S |
| Product | Fixed Rate |
| Loan Type | ☒ Conventional ☐ FHA |
| | ☐ VA ☐ |
| Loan ID # | ▓▓▓▓▓ |
| MIC # | |

## Loan Terms

| Loan Terms | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $   69,678.13 | **NO** |
| Interest Rate | 7.250   % | **NO** |
| Monthly Principal & Interest | $   552.14 | **NO** |
| *See Projected Payments below for your Estimated Total Monthly Payment* | | |
| | | **Does the loan have these features?** |
| Prepayment Penalty | | **NO** |
| Balloon Payment | | **NO** |

## Projected Payments

| Payment Calculation | Years 1 - 20 |
|---|---|
| Principal & Interest | $   552.14 |
| Mortgage Insurance | +   0 |
| Estimated Escrow | +   0 |
| *Amount can increase over time* | |
| **Estimated Total Monthly Payment** | $   552.14 |

| | | This estimate includes | In escrow? |
|---|---|---|---|
| Estimated Taxes, Insurance & Assessments | $   734.04 | ☒ Property Taxes | NO |
| *Amount can increase over time* | a month | ☒ Homeowner's Insurance | NO |
| *See page 4 for details* | | ☒ Other: | NO |
| | | *See Escrow Account on page 4 for details. You must pay for other property costs separately.* | |

## Costs at Closing

| | | |
|---|---|---|
| Closing Costs | $ 421.95 | Includes $ 379.95   in Loan Costs + $ 42.00   in Other Costs − $ in Lender Credits. *See page 2 for details.* |
| Cash to Close | $ 0.00 | Includes Closing Costs. *See Calculating Cash to Close on page 3 for details.* ☐ From ☒ To Borrower |

### EXHIBIT E - CLOSING DISCLOSURE

## Closing Cost Details

| Loan Costs | Borrower-Paid | | Paid by Others |
|---|---|---|---|
| | At Closing | Before Closing | |
| **A. Origination Charges** | $ | 300.00 | |
| 01    % of Loan Amount (Points) | | | |
| 02  Loan Processing Fee to FTWCCU | | 300.00 | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **B. Services Borrower Did Not Shop For** | $ | 79.95 | |
| 01  Flood Certification | | 5.00 | |
| 02  Title Search | | 74.95 | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| **C. Services Borrower Did Shop For** | $ | 0.00 | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **D.  TOTAL LOAN COSTS (Borrower-Paid)** | $ | 379.95 | |
| Loan Costs Subtotals (A + B + C) | $          0.00 | $          379.95 | |

| Other Costs | | | |
|---|---|---|---|
| **E. Taxes and Other Government Fees** | $ | 42.00 | |
| 01  Recording Fees        Deed:  42.00        Mortgage: | | 42.00 | |
| 02 | | | |
| **F. Prepaids** | $ | 0.00 | |
| 01  Homeowner's Insurance Premium (        mo.) to | | | |
| 02  Mortgage Insurance Premium (        mo.) to | | | |
| 03  Prepaid Interest (        per day from        to        ) | | | |
| 04  Property Taxes (        mo.) to | | | |
| 05 | | | |
| **G. Initial Escrow Payment at Closing** | $ | 0.00 | |
| 01  Homeowner's Insurance        per month for        mo. | | | |
| 02  Mortgage Insurance        per month for        mo. | | | |
| 03  Property Taxes        per month for        mo. | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08  Aggregate Adjustment | $ | 0.00 | |
| **H. Other** | $ | 0.00 | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **I.  TOTAL OTHER COSTS (Borrower-Paid)** | $ | 42.00 | |
| Other Costs Subtotals (E + F + G + H) | $          0.00 | $          42.00 | |
| **J. TOTAL CLOSING COSTS (Borrower-Paid)** | $ | 421.95 | |
| Closing Costs Subtotals (D + I) | $          0.00 | $          421.95 | $          0.00 |
| Lender Credits | | | |

## EXHIBIT E - CLOSING DISCLOSURE

### Payoffs and Payments

Use this table to see a summary of your payoffs and payment to others from your loan amount.

| TO | AMOUNT |
|---|---|
| 01   PULLIAM POOLS | 69,678.13 |
| 02 | |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| K. TOTAL PAYOFFS AND PAYMENTS | $    69,678.13 |

### Calculating Cash to Close

Use this table to see what has changed from your Loan Estimate.

| | Loan Estimate | Final | Did this change? | |
|---|---|---|---|---|
| Loan Amount | $    69,678.13 | $    69,678.13 | NO | |
| Total Closing Costs (J) | -$    422.00 | -$    421.95 | YES | See Total Closing Costs (J) |
| Closing Costs Paid Before Closing | $    0.00 | $    421.95 | YES | You Paid These Closing Costs Before Closing |
| Total Payoffs and Payments (K) | -$    0.00 | -$    69,678.13 | YES | See Total Payoffs and Payments (K) |
| Cash to Close | $    69,256.00 | $    0.00 | | |
| | ☐ From ☒ To Borrower | ☐ From ☒ To Borrower | Closing Costs Financed (Paid from your Loan Amount) $    0.00 | |

# Additional Information About This Loan

## Loan Disclosures

### Assumption

If you sell or transfer this property to another person, your lender
- ☐ will allow, under certain conditions, this person to assume this loan on the original terms.
- ☒ will not allow assumption of this loan on the original terms.

### Demand Feature

Your loan
- ☒ has a demand feature, which permits your lender to require early repayment of the loan. You should review your note for details.
- ☐ does not have a demand feature.

### Late Payment

If your payment is more than 14 days late, your lender will charge a late fee of 4 % of the monthly principal and interest payment.

### Negative Amortization (Increase in Loan Amount)

Under your loan terms, you
- ☐ are scheduled to make monthly payments that do not pay all of the interest due that month. As a result, your loan amount will increase (negatively amortize), and your loan amount will likely become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
- ☐ may have monthly payments that do not pay all of the interest due that month. If you do, your loan amount will increase (negatively amortize), and, as a result, your loan amount may become larger than your original loan amount. Increases in your loan amount lower the equity you have in this property.
- ☒ do not have a negative amortization feature.

### Partial Payments

Your lender
- ☒ may accept payments that are less than the full amount due (partial payments) and apply them to your loan.
- ☐ may hold them in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.
- ☐ does not accept any partial payments.

If this loan is sold, your new lender may have a different policy.

### Security Interest

You are granting a security interest in

120 SADDLE RIDGE

GODLEY        TX        76044

You may lose this property if you do not make your payments or satisfy other obligations for this loan.

### Escrow Account

**For now,** your loan
- ☐ will have an escrow account (also called an "impound" or "trust" account) to pay the property costs listed below. Without an escrow account, you would pay them directly, possibly in one or two large payments a year. Your lender may be liable for penalties and interest for failing to make a payment.

| Escrow | | |
|---|---|---|
| Escrowed Property Costs over Year 1 | $ | Estimated total amount over year 1 for your escrowed property costs: |
| Non-Escrowed Property Costs over Year 1 | $ | Estimated total amount over year 1 for your non-escrowed property costs:<br><br>You may have other property costs. |
| Initial Escrow Payment | $ | A cushion for the escrow account you pay at closing. See Section G on page 2. |
| Monthly Escrow Payment | $ | The amount included in your total monthly payment. |

☒ will not have an escrow account because ☐ you declined it ☒ your lender does not offer one. You must directly pay your property costs, such as taxes and homeowner's insurance. Contact your lender to ask if your loan can have an escrow account.

| No Escrow | | |
|---|---|---|
| Estimated Property Costs over Year 1 | $ 8,808.48 | Estimated total amount over year 1. You must pay these costs directly, possibly in one or two large payments a year. |
| Escrow Waiver Fee | $0.00 | |

### In the future,

Your property costs may change and, as a result, your escrow payment may change. You may be able to cancel your escrow account, but if you do, you must pay your property costs directly. If you fail to pay your property taxes, your state or local government may (1) impose fines and penalties or (2) place a tax lien on this property. If you fail to pay any of your property costs, your lender may (1) add the amounts to your loan balance, (2) add an escrow account to your loan, or (3) require you to pay for property insurance that the lender buys on your behalf, which likely would cost more and provide fewer benefits than what you could buy on your own.

## EXHIBIT E - CLOSING DISCLOSURE

### Loan Calculations

| | |
|---|---|
| **Total of Payments.** Total you will have paid after you make all payments of principal, interest, mortgage insurance, and loan costs, as scheduled. | $ 132,890.2 |
| **Finance Charge.** The dollar amount the loan will cost you. | $ 63,132.21 |
| **Amount Financed.** The loan amount available after paying your upfront finance charge. | $ 69,378.13 |
| **Annual Percentage Rate (APR).** Your costs over the loan term expressed as a rate. This is not your interest rate. | 7.311 % |
| **Total Interest Percentage (TIP).** The total amount of interest that you will pay over the loan term as a percentage of your loan amount. | 90.997 % |



**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

### Other Disclosures

**Appraisal**
If the property was appraised for your loan, your lender is required to give you a copy at no additional cost at least 3 days before closing. If you have not yet received it, please contact your lender at the information listed below.

**Contract Details**
See your ▊▊▊▊d security instrument for information about
- what happens if you fail to make your payments,
- what is a default on the loan,
- situations in which your lender can require early repayment of the loan, and
- the rules for making payments before they are due.

**Liability after Foreclosure**
If your lender forecloses on this property and the foreclosure does not cover the amount of unpaid balance on this loan,

☐ state law may protect you from liability for the unpaid balance. If you refinance or take on any additional debt on this property, you may lose this protection and have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information.

☒ state law does not protect you from liability for the unpaid balance.

**Refinance**
Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Tax Deductions**
If you borrow more than this property is worth, the interest on the loan amount above this property's fair market value is not deductible from your federal income taxes. You should consult a tax advisor for more information.

### Contact Information

| Name | Lender | Mortgage Broker | Settlement Agent |
|---|---|---|---|
| | Fort Worth Comm. CU | | Fort Worth Comm. CU |
| **Address** | 1905 Forest Ridge Dr. Bedford, Texas 76021-5724 | | 1456 SW WILSHIRE BLVD BURLESON TX      76028 |
| **NMLS ID** | ▊▊▊▊▊ | | ▊▊▊▊▊ |
| **TX License ID** | | | |
| **Contact** | | | |
| **Contact NMLS ID** | ▊▊▊▊ | | |
| **Contact** | TERESA MEYERS | | ▊▊▊ |
| **TX License ID** | | | TERESA MEYERS |
| **Email** | tmeyers@ftwccu.org | | TMEYERS@FTWCCU.ORG |
| **Phone** | 817-835-5000 | | 817-835-5000 |

### Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form

| Deborah C Reed | 4-14-21 | | |
|---|---|---|---|
| Applicant Signature | Date | Applicant Signature | Date |
| DEBORAH C REED | | | |

4/14/2021                                              4/14/2021

EXHIBIT F - NOTICE OF SUBSTITUTE TRUSTEE'S SALE

P.O. Box 23159
San Diego, CA 92193-3159

ELECTRONIC RETURN RECEIPT
REQUESTED



ATTN:
Carolyn
Engle

**Mailed On:** 11/4/2024        **Order Number:**
**ClientID:** Trustee            **Reference Number:**

FORT WORTH COMMUNITY CREDIT UNION
PO BOX 210848
BEDFORD, TX 76095

GenericAddressInsert.doc

Rev. 12/19/2018

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

Donna Stockman, Guy Wiggs, David Stockman, Michelle
Schwartz, Janet Pinder, Brandy Bacon, Jamie Dworsky,
Angela Cooper, Jeff Benton
c/o Malcolm Cisneros/Trustee Corps
17100 Gillette Avenue
Irvine, CA 92614
(949) 252-8300



## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

WHEREAS, on April 14, 2021, DEBORAH D REED, PAUL E REED as Grantor/Borrower, executed and delivered that certain Deed of Trust in favor of DIANE DORSEY as Trustee, FORT WORTH COMMUNITY CREDIT UNION, A STATE CHARTERED CREDIT UNION as original Beneficiary, which Deed of Trust secures the payment of that certain Promissory Note of even date therewith in the original amount of $69,678.13, payable to the order of McNeil & Meyers Receivables Management Group, LLC as current Beneficiary, which Deed of Trust recorded on April 22, 2021 as Document No. 14417 in Johnson County, Texas. Deed of Trust covers all of the real property described therein, including, but not limited to, all of the following described property, rights and interests (the "Property"), to-wit: **SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**

APN 

WHEREAS, the Trustee named in the Deed of Trust having been removed, the legal holder of the indebtedness described in the Deed of Trust appointed Donna Stockman, Guy Wiggs, David Stockman, Michelle Schwartz, Janet Pinder, Brandy Bacon, Jamie Dworsky, Angela Cooper, Jeff Benton or either of them, as Substitute Trustee (each being referred to as the "Substitute Trustee"), upon the contingency and in the manner authorized by the Deed of Trust; and

WHEREAS, defaults have occurred in the covenants of the Deed of Trust, monetary or otherwise, and the indebtedness secured by and described in the Deed of Trust is now wholly due, and McNeil & Meyers Receivables Management Group, LLC, the legal holder of such indebtedness and the liens securing same has requested either one of the Substitute Trustees to sell the Property in accordance with applicable law and the terms and provisions of the Deed of Trust.



TS No [redacted]          APN [redacted]          TO No [redacted]

NOW THEREFORE, NOTICE IS HEREBY GIVEN that on **Tuesday, December 3, 2024 at 01:00 PM,** no later than three (3) hours after such time, being the first Tuesday of such month, the Substitute Trustee will sell the Property at public venue to the highest bidder for cash. The sale will take place in Johnson County, Texas, at the area designated by the Commissioner's Court for sales of real property under a power of sale conferred by a Deed of Trust or other contract lien as follows: **2 N. Main Street, Cleburne TX 76033; On the west steps of the Historic Johnson County Courthouse or If the preceding area Is no longer the designated area at the area most recently designated by the County Commissioner Court.**

The Deed of Trust may encumber both real and personal property. Formal notice is hereby given of and McNeil & Meyers Receivables Management Group, LLC's election to proceed against and sell both the real property and any personal property described in said Deed of Trust in accordance with and McNeil & Meyers Receivables Management Group, LLC's rights and remedies under the Deed of Trust and Section 9.604(a) of the Texas Business and Commerce Code.

NOTICE IS FURTHER GIVEN, that except to the extent that the Substitute Trustee may bind and obligate Mortgagors to warrant title the Property under the terms of the Deed of Trust. Pursuant to Section 51.009 of the Texas Property Code, the Property will be sold in "as is", "where is" condition. Conveyance of the Property shall be made without any representations or warranties whatsoever, expressed or implied. Prospective bidders are strongly urged to examine the applicable property records to determine the nature and extent of such matters and are advised to conduct an independent investigation of the nature and physical condition of the Property.

Pursuant to Section 51.009 of the Texas Property Code, the Property will be sold in "as is", "where is" condition, without any expressed or implied warranties, except as to the warranted.

WITNESS, my hand this _____ day of _____, _____.

_____

By: Donna Stockman, Guy Wiggs, David Stockman, Michelle Schwartz, Janet Pinder, Brandy Bacon, Jamie Dworsky, Angela Cooper, Jeff Benton
Substitute Trustee(s)

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

SALE INFORMATION CAN BE OBTAINED ONLINE AT www.insourcelogic.com
FOR AUTOMATED SALES INFORMATION PLEASE CALL: In Source Logic AT 702-659-7766

FOR REINSTATEMENT / PAY OFF REQUESTS CONTACT: (949) 252-8300

To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.

EXHIBIT F - NOTICE OF SUBSTITUTE TRUSTEE'S SALE

TS No     APN     TO No 

### EXHIBIT "A"

BEING LOT 3, IN BLOCK 1, OF TIMBER CREEK ESTATES, AN ADDITION TO THE CITY OF GODLEY, JOHNSON COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 11, PAGE 684, PLAT RECORDS, JOHNSON COUNTY, TEXAS; TOGETHER WITH CERTIFICATE OF CORRECTION RECORDED IN CC#2019-21867, REAL PROPERTY, RECORDS, JOHNSON COUNTY, TEXAS.



EXHIBIT G - ASSIGNMENT OF MORTGAGE AGREEMENT

## Assignment of Mortgage Agreement

STATE OF Texas
COUNTY OF Johnson

FOR VALUE RECEIVED, Ft. Worth Community CU does hereby sell, assign, transfer, convey and sell out to Knight Specialty Insurance Company, whose successors, representatives and assigns, all its right, title and interest in and to a Deed of Trust Dated April 14, 2021, in the principal sum of $69,678.13 and filed for record in the office of the Johnson County Clerk, Texas in Deed Records, Document # 2021-14417.

THE ASSIGNOR HEREIN specifically set, assigns, transfers and conveys to the above Assignee, its successors, representatives and assigns, the aforesaid Deed of Trust, the property described herein, the indebtedness secured thereby, together with all the powers, actions, privileges and immunities therein contained.

THE ASSIGNOR HAS THIS day sold and assigned to the Assignee herein the Note secured by said Deed of Trust without recourse on the Assignor, and the transfer is made to secure the Assignee, its successors, representatives and assigns in the payment of said Note.

IN WITNESS WHEREOF, the Assignor has executed this Assignment of Mortgage on this the _12th_ day of ___December___, 20_23_.

Witness Signature
Print Name: _Tammy. H. Hix_

By: _____
Name: _Kyle Koke_
Title: _Sr. VP Lending_

Notary Public
My Commission Expires: _10/20/24_

SHELIA M HAILEY
Notary Public, State of Texas
Comm. Expires 10-20-2024
Notary ID 12819...

RETURN TO:
**FORT WORTH COMMUNITY CREDIT UNION**
P O BOX 210848
BEDFORD TX 76095-7848
_ATTN: RE Dept._



**Johnson County**
**April Long**
Johnson County Clerk

---

Instrument Number:   2024 - 1730

Real Property Recordings

Recorded On: January 22, 2024 11:47 AM                Number of Pages: 2

---

" Examined and Charged as Follows: "

Total Recording: $25.00

---

********** **THIS PAGE IS PART OF THE INSTRUMENT** **********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                 **Record and Return To:**

Document Number:   2024 - 1730
Receipt Number:

Recorded Date/Time:   January 22, 2024 11:47 AM       FORT WORTH COMMUNITY CREDIT UNION
User:   Susan L                                       PO BOX 210848

Station:   ccl06                                      BEDFORD TX 76095

---



**STATE OF TEXAS**
**Johnson County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time**
**printed hereon, and was duly recorded in the Official Records of Johnson County, Texas**

April Long
Johnson County Clerk
Johnson County, TX

EXHIBIT H - DISTRIBUTION CHECK



232

powered by NFP

Equity Protection NFP Property & Casualty Services, Inc. As an Agent for
Knight Management Insurance Services LLC
on Behalf of Knight Specialty Insurance Company
1852 BANKING STREET #9474
GREENSBORO, NC 27408

WELLS FARGO
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

01/11/2024

PAY TO THE
ORDER OF

Fort Worth Community Credit Union

$                68,021.47

*****Sixty-Eight Thousand Twenty-One Dollars and 47/100 Cents*********************************************

DOLLARS

Fort Worth Community Credit Union
1905 Forest Ridge Drive
Bedford, TX 76021

MEMO
LAN

Recd Deborah

AUTHORIZED SIGNATURE

EXHIBIT I - NOTE

  REAL ESTATE LENDING 

POWERED BY
CUNA MUTUAL
GROUP

# NOTE

| DATE | ACCOUNT NUMBER | LOAN ID # | CONTRACT NUMBER | REFERENCE NUMBER | MATURITY DATE |
|------|---------------|-----------|-----------------|------------------|---------------|
| 4/14/2021 | | | | | 4/30/2041 |

## BORROWER 1

NAME AND ADDRESS
DEBORAH C REED
120 SADDLE RIDGE
GODLEY, TX 76044

## BORROWER 2

NAME (AND ADDRESS IF DIFFERENT FROM BORROWER 1)

## BORROWER 3

## BORROWER 4

| PROPERTY ADDRESS | CITY | STATE | ZIP CODE |
|-----------------|------|-------|----------|
| 120 SADDLE RIDGE | GODLEY, TX 76044 | | |

| LOAN ORIGINATOR ORGANIZATION | NMLSR ID NUMBER |
|------------------------------|-----------------|
| Fort Worth Community Credit Union | |
| LOAN ORIGINATOR | NMLSR ID NUMBER |
| TERESA MEYERS | |

In this agreement "Borrower" or "I" mean each person who signs, or otherwise authenticates, this Note. The Lender, as defined below and anyone who takes this Note by transfer and is entitled to receive payments under this Note will be called the "Note Holder".

**1. BORROWER'S PROMISE TO PAY** – In return for a loan that I have received, I promise to pay U.S. $ 69,678.13 (this amount will be called "principal"), plus interest, to the order of the Lender. The Lender is Fort Worth Community Credit Union
1905 Forest Ridge Drive
Bedford, TX 76021
I understand that the Lender may transfer this Note.

**2. INTEREST** – I will pay interest at a yearly rate of 7.250 %. Interest will be charged on that part of principal which has not been paid. Interest will be charged beginning on the date of this Note and continuing until the full amount of principal has been paid.

**3. PAYMENTS** – I will pay principal and interest by making payments each month of U.S. $ 552.14 . I will make my payments on the 30th day of each month beginning on [ 5/30/2021 ]. I will make these payments every month until I have paid all of the principal and interest and any other charges, described below, that I may owe under this Note. If, on [ 4/30/2041 ], I still owe amounts under this Note, I will pay all those amounts, in full, on that date. I will make my monthly payments at

Fort Worth Community Credit Union
1905 Forest Ridge Drive
Bedford, TX 76021

or at a different place if required by the Note Holder.

**4. BORROWER'S FAILURE TO PAY AS REQUIRED –**
**(A) Late Charge for Overdue Payments:**

4% of monthly payment when 15 or more days late.

**(B) Notice From Note Holder:** If I do not pay the full amount of each monthly payment on time, the Note Holder may send a written notice stating that if I do not pay the overdue amount by a certain date I will be in default. That date must be at least 20 days after the date on which the notice is mailed or, if not mailed, 20 days after the date on which it is delivered, notwithstanding anything in the Deed of Trust to the contrary.

**(C) Default:** If I do not pay the overdue amount by the date stated in the notice described in (B) above, I will be in default. If I am in default, the Note Holder may require immediate payment of the full amount of principal which has not been paid and all the interest that I owe on that amount. Even if, at a time when I am in default, the Note Holder does not require immediate payment of the full amount as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(D) Payment of Note Holder's Costs and Expenses:** If the Note Holder has required immediate payment in full as described above, the Note Holder will have the right to be paid back for all of its costs and expenses to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

**5. THIS NOTE SECURED BY A MORTGAGE OR DEED OF TRUST**
**x** In addition to the protections given to the Note Holder under this Note, a Mortgage or Deed of Trust, dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Mortgage or Deed of Trust describes how and under what conditions I may be

© CUNA Mutual Group 2015 All Rights Reserved

ETX660-E

required to make immediate payment in full of all amounts that I owe under this Note.

**6. BORROWER'S PAYMENTS BEFORE THEY ARE DUE –** I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "prepayment". When I make a prepayment, I will tell the Note Holder in a letter that I am doing so. A prepayment of all of the unpaid principal is known as a "full prepayment". A prepayment of only part of the unpaid principal is known as a "partial prepayment".

I may make a full prepayment or a partial repayment without paying any penalty. The Note Holder will use all such prepayments to reduce the amount of principal that I owe under this Note. If I make a partial prepayment, there will be no delays in the due dates or changes in the amounts of any monthly payments unless the Note Holder agrees in writing to those delays or changes. I may make a full prepayment at any time. If I choose to make a partial prepayment, the Note Holder may require the prepayment on the same day that a monthly payment is due. The Note Holder may also require that the amount of any partial prepayment be equal to the amount of principal that would have been part of the next one or more monthly payments.

**7. BORROWER'S WAIVERS –** I waive the right to require the Note Holder to do certain things. Those things are: (A) to demand payment of amounts due (known as "presentment"); (B) to give notice that amounts due have not been paid (known as "notice of dishonor"); (C) to obtain an official certification of nonpayment (known as a "protest"). Anyone else who agrees to keep the promises made in this Note, or who agrees to make payments to the Note Holder if I fail to keep the promises agreed upon under this Note, or who signs, or otherwise authenticates, this Note to transfer it to someone else also waives these rights. These persons are known as "guarantors, sureties and endorsers".

**8. GIVING OF NOTICES –** Any notice that must be given under this Note will be given by delivering it or by mailing it by First Class mail addressed to the Borrower at the Property Address above. A notice will be delivered or mailed to the Borrower at a different address if the Borrower provides written notice to the Note Holder of such different address.

Any notice that must be given to the Note Holder under this Note will be given by mailing it by First Class mail to the Note Holder at the address stated in Section 3 above. A notice will be mailed to the Note Holder at a different address if the Borrower is given notice of that different address.

**9. RESPONSIBILITY OF PERSONS UNDER THIS NOTE –** If more than one person signs, or otherwise authenticates, this Note, each

Borrower is fully and personally obligated to pay the full amount owed and to keep all of the promises made in this Note. Any guarantor, surety, or endorser of this Note (as described in Section 7 above) is also obligated to do the same. The Note Holder may enforce its rights under this Note against each Borrower individually or against all Borrowers together. This means that any one Borrower may be required to pay all of the amounts owed under this Note. No person may take over the obligations of this Note without the express written permission of the Note Holder. Any person who takes over the rights or obligations of a guarantor, surety, or endorser of this Note (as described in Section 7 above) is also obligated to keep all of the promises made in this Note.

**10. NO ORAL AGREEMENTS – THIS NOTE CONSTITUTES A "WRITTEN LOAN AGREEMENT" PURSUANT TO SECTION 26.02 OF THE TEXAS BUSINESS AND COMMERCE CODE, IF SUCH SECTION APPLIES. THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENTORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

**11. BALLOON PAYMENT –**

☐   The following notice only applies if the box at the left is checked:

THIS LOAN IS PAYABLE IN FULL AT MATURITY. YOU MUST REPAY THE ENTIRE PRINCIPAL BALANCE OF THE LOAN AND UNPAID INTEREST THEN DUE. THE LENDER IS UNDER NO OBLIGATION TO REFINANCE THE LOAN AT THAT TIME. YOU WILL, THEREFORE, BE REQUIRED TO MAKE PAYMENT OUT OF OTHER ASSETS THAT YOU MAY OWN, OR YOU WILL HAVE TO FIND A LENDER, WHICH MAY BE THE LENDER YOU HAVE THIS LOAN WITH, WILLING TO LEND YOU THE MONEY. IF YOU REFINANCE THIS LOAN AT MATURITY, YOU MAY HAVE TO PAY SOME OR ALL OF THE CLOSING COSTS NORMALLY ASSOCIATED WITH A NEW LOAN EVEN IF YOU OBTAIN REFINANCING FROM THE SAME LENDER.

**12. ADDITIONAL PROVISIONS –**

| Borrower 1 Signature | Date |
|---|---|
| X  *Deborah C Reed*   4-14-21 | (Seal)  4/14/2021 |
| **DEBORAH C REED** | |

| Signature | Date |
|---|---|
| X | (Seal)  4/14/2021 |

| Borrower 2 Signature | Date |
|---|---|
| X | (Seal)  4/14/2021 |

| Signature | Date |
|---|---|
| X | (Seal)  4/14/2021 |

☐ Borrower 3   ☐ Witness

☐ Borrower 4   ☐ Witness

ETX660-E
MLLN-Note-and-Disclosure-Statement

EXHIBIT J - DEED OF TRUST

# DEED OF TRUST



CREDIT UNION
You're worth more (to us)

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE.**

Date: **4/14/2021**

Grantor:   **DEBORAH D. REED**                         **PAUL E. REED (SPOUSE)**

Grantor's Mailing Address (including county):       **120 SADDLE RIDGE**
**GODLEY, TX 76044**
**JOHNSON COUNTY**

Trustee:  Diane Dorsey

Trustee's Mailing Address (including county):

P.O. Box 210848
Bedford, Texas 76095
(Tarrant County)

Beneficiary: **FORT WORTH COMMUNITY CREDIT UNION,** a state chartered credit union

Beneficiary's Mailing Address (including county):

P.O. Box 210848
Bedford, Texas 76095
(Tarrant County)

Note Date:   **4/14/2021**

Amount: $   **69,678.13**

Maker:   **DEBORAH D. REED**

Payee: Fort Worth Community Credit Union

Final Maturity Date:   **4/30/2041**

Property (including improvements):
**LOT 3, BLOCK 1, OF TIMBER CREEK ESTATES, AN ADDITION TO THE CITY OF GODLEY, JOHNSON COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 11, PAGE 684, PLAT RECORDS, JOHNSON COUNTY, TEXAS; TOGETHER WITH CERTIFICATE OF CORRECTION RECORDED UNDER INSTRUMENT NO. 2019-21867, OFFICIAL PUBLIC RECORDS, JOHNSON COUNTY, TEXAS.**

Prior Lien(s) (including recording information): N/A

For purposes of this Deed of Trust, the foregoing terms shall have the definitions and meanings set forth above.   Each reference in this Deed of Trust to any of the foregoing provisions and defined terms shall be construed to incorporate such term as set forth above.
For value received and to secure payment of the Note, Grantor conveys the Property to Trustee in trust.  Grantor warrants and agrees to defend the title to the Property.  If Grantor performs all the covenants and pays the Note according to its terms, this Deed of Trust shall have no further effect, and Beneficiary shall release it at Grantor's expense.

EXHIBIT J - DEED OF TRUST

**Grantor's Obligations**

Grantor agrees to:

A.   keep the Property in good repair and condition;

    1.   Pay all taxes and assessments on the Property when due;

    2.   Preserve the lien's priority as it is established in this Deed of Trust;

    3.   Maintain, in a form acceptable to Beneficiary, an insurance policy that:

        a.   covers all improvements for their full insurable value as determined when the policy is issued and renewed, unless Beneficiary approves a smaller amount in writing;

        b.   contains an 80% coinsurance clause;

        c.   provides fire and extended coverage, including windstorm coverage;

        d.   protects Beneficiary with a standard mortgage clause;

        e.   provides flood insurance at any time the Property is in a flood hazard area; and

        f.   contains such other coverage as Beneficiary may reasonably require;

    4.   comply at all times with the requirements of the 80% coinsurance clause;

    5.   deliver the insurance policy to Beneficiary and deliver renewals to Beneficiary at least ten days before expiration;

    6.   keep all buildings occupied as required by the insurance policy; and

    7.   if this is not a first lien, pay all prior lien notes that Grantor is personally liable to pay and abide by all prior lien instruments.

**Beneficiary's Rights**

A.   Beneficiary may appoint in writing a substitute or successor trustee, succeeding to all rights and responsibilities of Trustee.

    1.   If the proceeds of the Note or Notes are used to pay any debt secured by prior liens, Beneficiary is subrogated to all of the rights and liens of the holders of any debt so paid.

    2.   Beneficiary may apply any proceeds received under the insurance policy either to reduce the Note or to repair or replace damaged or destroyed improvements covered by the policy.

    3.   If Grantor fails to perform any of Grantor's obligations, Beneficiary may perform those obligations and be reimbursed by Grantor on demand at the place where the Note is payable for any sums so paid, including attorneys' fees, plus interest on those sums from the dates of payment at the rate stated in the Note for matured, unpaid amounts.  The sum to be reimbursed shall be secured by this Deed of Trust.

    4.   If Grantor defaults on the Note or fails to perform any of Grantor's obligations or if default occurs on a prior lien note or other instrument, and the default continues after Beneficiary gives Grantor notice of the default and the time within which it must be cured, as may be required by law or by written agreement, then Beneficiary may:

        a.   declare the unpaid principal balance and earned interest on the Note immediately due;

        b.   request Trustee to foreclose this lien, in which case Beneficiary or Beneficiary's agent shall give notice of the foreclosure sale as provided by the Texas Property Code as then amended; and

        c.   purchase the Property at any foreclosure sale by offering the highest bid and then have the bid credited on the Note.

MLN HI Deed of Trust LTD

**Trustee's Duties**

If requested by Beneficiary to foreclose this lien, Trustee shall:

A.      either personally or by agent give notice of the foreclosure sale as required by the Texas
         Property Code as then amended;

1.      sell and convey all or part of the Property to the highest bidder for cash with a general
         warranty binding Grantor, subject to prior liens and to other exceptions to conveyance and warranty;
         and

2.      from the proceeds of the sale, pay, in this order:

   a. expenses of foreclosure, including a commission to Trustee of 5% of the bid;

   b. to Beneficiary, the full amount of principal, interest, attorneys' fees, and other
      charges due and unpaid;

   c. any amounts required by law to be paid before payment to Grantor; and

   d. to Grantor, any balance.

**General Provisions**

A.      If any of the Property is sold under this Deed of Trust, Grantor shall immediately surrender
possession to the purchaser.  If Grantor fails to do so, Grantor shall become a tenant at sufferance of
the purchaser, subject to an action for forcible detainer.

1.      Recitals in any Trustee's deed conveying the Property will be presumed to be true.

2.      Proceeding under this Deed of Trust, filing suit for foreclosure, or pursuing any   other
remedy will not constitute an election of remedies.

3.      This lien shall be superior to liens later created even if the time of payment of all or part
of the Note is extended or part of the Property is released.

4.      If any portion of the advancements cannot be lawfully secured by this Deed of Trust,
payments shall be applied first to discharge that portion.

5.      Grantor assigns to Beneficiary all sums payable to or received by Grantor from
condemnation of all or part of the Property, from private sale in lieu of condemnation, and from damages caused by public
works or construction on or near the Property.    After deducting any expenses incurred, including attorneys' fees,
Beneficiary may release any remaining sums to Grantor or apply such sums to reduce the Note.   Beneficiary shall not be
liable for failure to collect or to exercise diligence in collecting any such sums.

6.      Grantor assigns to Beneficiary absolutely, not only as collateral, all present and future
rent and other income and receipts from the Property.  Leases are not assigned.  Grantor warrants the validity and
enforceability of the assignment.  Grantor may as Beneficiary's licensee collect rent and other income and receipts as long
as Grantor is not in default under the Note or this Deed of Trust.   Grantor will apply all rent and other income and receipts
to payment of the Note and performance of this Deed of Trust, but if the rent and other income and receipts exceed the
amount due under the Note and Deed of Trust, Grantor may retain the excess.   If Grantor defaults in payment of the Note
or performance of this Deed of Trust, Beneficiary may terminate Grantor's license to collect and then as Grantor's agent
may rent the Property if it is vacant and collect all rent and other income and receipts.   Beneficiary neither has nor
assumes any obligations as lessor or landlord with respect to any occupant of the Property.  Beneficiary may exercise
Beneficiary's rights and remedies under this paragraph without taking possession of the Property.  Beneficiary shall apply
all rent and other income and receipts collected under this paragraph first to expenses incurred in exercising Beneficiary's
rights and remedies and then to Grantor's obligations under the Note and this Deed of Trust in the order determined by
Beneficiary.  Beneficiary is not required to act under this paragraph, and acting under this paragraph does not waive any
of Beneficiary's other rights or remedies.  If Grantor becomes a voluntary or involuntary bankrupt, Beneficiary's filing a
proof of claim in bankruptcy will be tantamount to the appointment of a receiver under Texas law.

7.      Interest on the debt secured by this Deed of Trust shall not exceed the maximum amount
of nonusurious interest that may be contracted for, taken, reserved, charged, or received under law; any interest in excess
of that maximum amount shall be credited on the principal of the debt or, if that has been paid, refunded.   On any
*acceleration or required or permitted prepayment, any* such excess shall be canceled automatically as of the acceleration
or prepayment or, if already paid, credited on the principal of the debt or, if the principal of the debt has been paid,
refunded.  This provision overrides other provisions in this and all other instruments concerning the debt.

3

EXHIBIT J - DEED OF TRUST

8.  Grantor represents, warrants and covenants that Grantor has not used Hazardous Materials (as defined hereinafter) on, or affecting the Property in any manner which violates federal, state or local laws, ordinances, regulations or judgments governing the use, storage, manufacture, or disposal of Hazardous Materials ("Environmental Laws"), and that, to the best of Grantor's knowledge, no prior owner of the Property or any current or prior occupant has used Hazardous Materials on or affecting the Property in any manner which violates Environmental Laws.  Grantor covenants and agrees that neither it nor any occupant shall use, introduce or maintain Hazardous Materials on the Property in any manner unless done in strict compliance with all Environmental Laws.  Additionally, Grantor shall defend, indemnify and hold harmless Beneficiary, its employees, agents, officers and directors and Trustee, from and against any and all claims, demands, penalties, fines, liabilities, settlements, damages, costs or expenses of whatever kind or nature arising out of or related to the presence, disposal, release or threatened release of any Hazardous Materials on, from or affecting the Property or the soil, water, vegetation, buildings, personal property, persons or animals thereon.  For purposes of this Deed of Trust, "Hazardous Materials" includes without limitation any flammable explosives, radioactive materials, hazardous materials, hazardous wastes, hazardous or toxic substances or related materials defined in the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended (42 U.S.C. Sections 9601, et seq.), the Hazardous Materials Transportation Act, as amended (49 U.S.C. Section 1801, et seq.), the Resource Conservation and Recovery Act, as amended (42 U.S.C. Sections 6901, et seq.) and in the regulations adopted and publications promulgated pursuant thereto, or any other federal, state or local governmental law, ordinance, rule, or regulation.

9.  If all or any part of the Property or any interest therein is sold or assigned, transferred, conveyed, encumbered or full possessory rights therein transferred, conveyed or encumbered, whether voluntary, involuntary or by operation of law, in either or any case without the prior written consent of the Beneficiary, such event shall constitute an event of default under this Deed of Trust, in which event the Beneficiary, at its option, may require immediate payment of all sums secured by this Deed of Trust and may invoke any remedies following acceleration permitted by this Deed of Trust without further notice or demand on Grantor.

10.  The Note renews and extends the balance of 0.00 _____
Dollars ($ _____ 0.00 ) that Grantor owes on a prior note in the original principal sum of _____ Dollars ($ 0.00 ), which is dated _____, executed by Grantor and payable to the order of Fort Worth Community Credit Union.  The prior note is secured by a Mechanic's Lien Contract with power of sale crating a lien on the Property, which is between Grantor, as Owner, and _____ N/A _____, as Contractor ("Contractor") and which is dated _____ N/A _____ and recorded in Volume _____, Page _____ of the mechanic's lien records of _____ N/A _____ County, Texas.  Grantor acknowledges that the lien securing the prior note is valid, that it subsists against the Property, and that by this instrument it is hereby renewed and extended in full force until the Note secured by this Deed of Trust is paid.  The prior note and the lien securing it have been transferred to Beneficiary by Assignment and Transfer of Lien executed by Contractor.

11.  When the context requires, singular nouns and pronouns include the plural.

12.  The term "Note" includes all sums secured by this Deed of Trust.

13.  This Deed of Trust shall bind, inure to the benefit of, and be exercised by successors in interest of all parties.

14.  If Grantor and Maker are not the same person, the term "Grantor" shall include Maker.

EXECUTED to be effective as of the date written above.

GRANTOR:

_Deborah D Reed_                    4-14-21
DEBORAH D. REED

_(signature)_                    4-14-21

PAUL E. REED (SPOUSE)

4

MLLN HLDeed of Trust LTR

EXHIBIT J - DEED OF TRUST

## ACKNOWLEDGMENT

THE STATE OF TEXAS
COUNTY OF Tarrant

This instrument was acknowledged before me on the 14th day of April , 2021 , by
DEBORAH D. REED

TERESA MEYERS
My Notary ID # 11260137
Expires June 18, 2022

Notary Public in and for the State of Texas

THE STATE OF TEXAS
COUNTY OF Tarrant

This instrument was acknowledged before me on the 14th day of April , 2021 , by
PAUL E. REED

TERESA MEYERS
My Notary ID # 11260137
Expires June 18, 2022

Notary Public in and for the State of Texas

Fort Worth Community Credit Union
**Loan Originator Organization**

**NMLSR ID Number**

TERESA MEYERS
**Loan Originator**

**NMLSR ID Number**

## AFTER RECORDING RETURN TO:

FORT WORTH COMMUNITY CREDIT UNION
P.O.Box 210848
Bedford, Texas 76095
Attn: Mtg. Dept.

MLLN-HI-Deed-of-Trust

EXHIBIT J - DEED OF TRUST



**Johnson County**
**Becky Ivey**
Johnson County Clerk

**Instrument Number:** 14417

Real Property Recordings

Recorded On: April 22, 2021 10:55 AM                    Number of Pages: 6

---

**" Examined and Charged as Follows: "**

Total Recording: $42.00

---

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | | |
|---|---|---|
| Document Number: | 14417 | **Record and Return To:** |
| Receipt Number: | ███████████ | FORT WORTH COMMUNITY CREDIT UNION |
| Recorded Date/Time: | April 22, 2021 10:55 AM | PO BOX 210848 |
| User: | Michelle D | |
| Station: | CCL42 | BEDFORD TX 76095-7848 |

**STATE OF TEXAS**
**Johnson County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time**
**printed hereon, and was duly recorded in the Official Records of Johnson County, Texas**

Becky Ivey
Johnson County Clerk
Johnson County, TX

*Becky Ivey*

EXHIBIT K - HOME IMPROVEMENT DRAWS

# HOME IMPROVEMENT DRAWS

Member Name/Number                DEBORAH REED

Company/Contractor
Name and Address

PULLIAM POOLS                817-346-6353

2725 ALTA MESA BLVD  FT.WORTH,TX  76133

Draws/Transfers:

| | | | Starting Balance |
| | | | $ 69,678.13 |
| Date | Payable To | Amount | New Balance |
| 7/21/21 | member + Pulliam Pools | 20,603.44 | 49,074.69 |
| 8/21/21 | Member + Pulliam Pools | 25,637.35 | 23,437.34 |
| 10/13/21 | " " " | 23,437.34 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |