

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed February 27, 2026

_____
**United States Bankruptcy Judge**

_____

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Deborah Denise Reed and Paul Ervin Reed, Jr.,<br><br>Debtors. | Case No. 24-44478-mxm13<br><br>Chapter 13 |
| Deborah Denise Reed and Paul Ervin Reed, Jr.,<br><br>Plaintiffs,<br><br>v.<br><br>McNeil & Meyers Receivables Management Group, LLC,<br><br>Defendants. | Adversary No. 25-04117-mxm |

### ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE

On this day, the Court considered the dismissal of the above-captioned adversary proceeding. After considering the record and the applicable law, the Court finds that dismissal without prejudice is appropriate.

IT IS THEREFORE ORDERED THAT:

1. The above-captioned adversary proceeding is DISMISSED WITHOUT PREJUDICE.

2. Each party shall bear its own costs and attorneys' fees unless otherwise agreed by the parties.

3. All pending settings, deadlines, and hearings in this adversary proceeding are hereby VACATED.

4. The Court retains jurisdiction to enforce this Order.

IT IS SO ORDERED.

# # # END OF ORDER # # #

DATED: February 26, 2026

Submitted by:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Plantiffs/Debtors