

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 27, 2026

United States Bankruptcy Judge

# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Deborah Denise Reed and Paul Ervin Reed, Jr.,<br><br>　　　　　　Debtors. | Case No. 24-44478-mxm13<br><br>Chapter 13 |
| Deborah Denise Reed and Paul Ervin Reed, Jr.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>McNeil & Meyers Receivables Management Group, LLC,<br><br>　　　　　　Defendants. | Adversary No. 25-04117-mxm |

**ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE**

On this day, the Court considered the dismissal of the above-captioned adversary proceeding. After considering the record and the applicable law, the Court finds that dismissal without prejudice is appropriate.

IT IS THEREFORE ORDERED THAT:

1. The above-captioned adversary proceeding is DISMISSED WITHOUT PREJUDICE.

2. Each party shall bear its own costs and attorneys' fees unless otherwise agreed by the parties.

3. All pending settings, deadlines, and hearings in this adversary proceeding are hereby VACATED.

4. The Court retains jurisdiction to enforce this Order.

IT IS SO ORDERED.

# # # END OF ORDER # # #

DATED: February 26, 2026

Submitted by:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Plantiffs/Debtors

United States Bankruptcy Court

Northern District of Texas

Reed,
    Plaintiff

Adv. Proc. No. 25-04117-mxm

McNeil & Meyers Receivables Management G,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-4      User: admin      Page 1 of 2
Date Rcvd: Feb 27, 2026      Form ID: pdf001      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 27 2026 21:41:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 27 2026 21:41:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 27 2026 21:41:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Feb 27 2026 21:41:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 27 2026 21:41:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026      Signature:      /s/Gustava Winters

Case 25-04117-mxm  Doc 17  Filed 03/01/26  Entered 03/01/26 23:24:16  Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0539-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 27, 2026 | Form ID: pdf001 | Total Noticed: 5 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Plaintiff Deborah Denise Reed clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Plaintiff Paul Ervin Reed Jr. clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Nathan Frederick Jones Smith | on behalf of Defendant McNeil & Meyers Receivables Management Group  LLC nathan@mclaw.org, TXND_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Warren V. Norred | on behalf of Plaintiff Paul Ervin Reed Jr. warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | on behalf of Plaintiff Deborah Denise Reed warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 5